**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:23-cv-24157-PCH

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

REDLAND REALTY BUILDING, INC.,

      Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

      Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, REDLAND REALTY BUILDING, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this March 7, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Bernard Allen*
BERNARD ALLEN
Florida Bar No. 332879
KATZ BARRON
901 Ponce de Leon Blvd., 10th Floor
Coral Gables, Florida 33134
Telephone: (305) 856-2444
Email:  ba@katzbarron.com
*Counsel for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 7, 2024.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ