**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:23-cv-24157-PCH

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

REDLAND REALTY BUILDING, INC.,

      Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On March 28, 2024, the Court entered its Order Granting Joint Motion for Approval and Entry of Consent Decree [ECF No. 38], in which it dismissed this action with prejudice, denied as moot all pending motions, and retained jurisdiction over the matter for purposes of enforcing the consent decree. Accordingly, it is

**ORDERED** that the clerk **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on June 14, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record